

KYLE WILLIAM PENNINGTON, Pro-se
Post Office Box 835
Sanger, California 93657
(559) 805-2082 - Telephone
e-mail: kyle.w.pennington2@gmail.com

Defendant

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO

In re:

KYLE WILLIAM PENNINGTON,

        Debtor.

DESIREE MARTINEZ,

        Plaintiff,

vs.

KYLE WILLIAM PENNINGTON,

        Defendant. /

Case No.: 17-13859A-7F

Chapter 7

Adversary No. 17-1091

STATUS CONFERENCE
Date: February 20, 2018
Time: 10:00 a.m.
Ctrm: 11
Dept. A (5th Floor)
United States Bankruptcy Court
2500 Tulare Street
Fresno CA 93721-1318

[HONORABLE FREDRICK E. CLEMENT]

**DEFENDANT'S ANSWER TO COMPLAINT**

Defendant KYLE WILLIAM PENNINGTON hereby answers the Complaint as follows:

1. Defendant denies all allegations contained in the Complaint.

WHEREFORE, Defendant prays for judgment rendering dischargeable all claims of Plaintiff.

Dated: 1/26/2018

KYLE WILLIAM PENNINGTON
Defendant