```
                         United States Bankruptcy Court
                          Eastern District of California
```

Martinez,
     Plaintiff                                                         Adv. Proc. No. 17-01091-A

Pennington,
     Defendant

# CERTIFICATE OF NOTICE

```
District/off: 0972-1          User: mpem              Page 1 of 1           Date Rcvd: Mar 01, 2019
                              Form ID: pdf030         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.
```
aty            +Kevin G. Little,    PO Box 8656,    Fresno, CA 93747-8656
aty            +Peter B. Bunting,    2304 W Shaw Ave Ste 103,    Fresno, CA 93711-3410
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2019 at the address(es) listed below:
NONE.                                                                                                                    TOTAL: 0

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Kyle William Pennington,<br><br>                Debtor.<br><br>Martinez v. Pennington | ) Case No.: 17-13859 - A - 7<br>) Adv No.: 17-01091<br>)<br>) Docket Control No.:<br>) Document No.: 1<br>)<br>) Date: 02/27/2019<br>) Time: 10:00 AM<br>)<br>) DEPT: A |

**Order**

For the reasons stated on the record,

IT IS ORDERED that the status conference is continued to August 14, 2019 at 10:00 a.m. in Courtroom 11, Fifth Floor, 2500 Tulare Street, Fresno, California.

IT IS FURTHER ORDERED that the parties shall file and serve a status report not later than July 31, 2019.

Dated: Mar 01, 2019

_____
Fredrick E. Clement
United States Bankruptcy Judge

Continued Status Conference Re: Complaint - [1] - (68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 17-01091 by Desiree Martinez against Kyle Pennington. (Fee $350.00) (eFilingID: 6187147) (lars)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

    The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Kevin G. Little  
PO Box 8656  
Fresno CA 93747

Peter B. Bunting  
2304 W Shaw Ave Ste 103  
Fresno CA 93711